UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

IN RE: : 25-md-3143 (SHS) (OTW)

OPENAI, INC., COPYRIGHT : ORDER REFERRING CASES
INFRINGEMENT LITIGATION. TO A MAGISTRATE JUDGE
:

This Document Relates To: All Cases :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| X General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motion/Dispute* | ____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | Purpose: |
| | ____ Habeas Corpus |
| | ____ Social Security |
| ____ Settlement* | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ____ Inquest After Default/Damages Hearing | |

Dated: New York, New York
        April 29, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.