**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

IN RE:                                                          :
                                                                :
OPENAI, INC.,                                                   :         25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                             :
                                                                :
                                                                :         **ORDER**
This Document Relates To:                                       :
**All Actions**                                                 :
                                                                :

------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court is in receipt of ECF Nos. 740 and 741.

      The parties are directed to continue meeting and conferring on the impact of Judge Stein's recent Opinions & Orders (ECF Nos. 701, 707) on the scope of discovery, as well as the discovery that Defendants are willing to produce and, for the additional discovery that is contested, the proportionality and burden of production associated with such discovery. If there is a dispute with respect to burden or proportionality, the parties are directed to file simultaneous letter briefs not to exceed 5 pages by **November 24, 2025,** and to include such disputes in their joint chart ahead of the December 4, 2025, discovery status conference.

      SO ORDERED.

_s/ Ona T. Wang_

Dated: November 13, 2025                              **Ona T. Wang**
      New York, New York                          United States Magistrate Judge