July 23, 2025 <u>**VIA ECF**</u>

Hon. Ona T. Wang
U.S. District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: ***Status of Protective Order,***
*In re OpenAI, Inc. Copyright Infringement Litigation*, No.1:25-md-03143;
This Document Relates To: All Actions

Pursuant to the Court's July 16, 2025 Order (ECF 344), OpenAI and News Plaintiffs have resolved their dispute regarding the provision under the Protective Order related to AEO-designated documents that may not be shown to the identified News Executives.

Concurrent herewith, the parties have filed an amended Stipulated Protective Order—signed by all parties—that reflects the agreed-upon procedure in Paragraph 24(b).

Sincerely,

*/s/ Tiffany Cheung*
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
Counsel for OpenAI Defendants

*/s/ Davida Brook*
Davida Brook (*pro hac vice*)
Susman Godfrey L.L.P.
Liaison Counsel for News Plaintiffs